[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 20, 2007
THOMAS K. KAHN
CLERK

No. 06-11059
Non-Argument Calendar

_____

D. C. Docket No. 04-00263-CR-001

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PERCY MCCLINTON SNOW,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(August 20, 2007)**

Before BLACK, MARCUS and HILL, Circuit Judges.

PER CURIAM:

Dennis J. Knizley, appointed counsel for Percy Ellis Snow in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Snow's conviction and sentence are **AFFIRMED**.